## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 21, 2011 |
| Court Reporter: Janet Coppock | Time: 84 minutes |
| Probation Officer: Sergio Garza | Interpreter: n/a |

**CASE NO.  11-CR-00037-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Joseph Mackey |
| | Postal Inspector Luis Seanz |
| Plaintiff, | |
| vs. | |
| **JESSICA ANN CREECH,** | LaFonda Jones |
| Defendant. | |

### CONTINUED SENTENCING

**9:36 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00037-PAB
October 21, 2011

Court states its findings and conclusions regarding actual, intended losses and restitution.

Mr. Mackey states his objections to the Court's rulings for the record.

Ms. Jones addresses sentencing.

Argument by Mr. Mackey in support of the United States' 5K1.1 For Substantial Assistance and Downward Departure and comments addressing sentencing.

Comments by Ms. Jones.

Further comments by Mr. Mackey.

Court states its findings.

**ORDERED:** United States' 5K1.1 For Substantial Assistance and Downward Departure (Doc #37), filed 9/23/11 is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **June 10, 2011** to counts **1, 2, 25 and 26 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **7 ½** months as to counts 1, 2 and 25, to be served concurrently and **24** months as to count 26, to be served consecutive to counts 1, 2 and 25.

Court RECOMMENDS that the defendant be allowed to participate in a **Residential Drug Abuse Program.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts 1, 2 and 25, and **one** year as to count 26 to be served concurrently.

Page Three
11-CR-00037-PAB
October 21, 2011

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) The **special assessment/restitution/fine** obligations are due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the     presentence report to the treatment agency for continuity of treatment.

Page Four
11-CR-00037-PAB
October 21, 2011

  (**X**)  Defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his/her prescribed medications is maintained.

**ORDERED:** Defendant shall pay **$400.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution to the victims and in the amounts indicated** on the record.

**ORDERED:** Interest on restitution is **WAIVED.**

**ORDERED:** United States' Motion To Dismiss Counts Three Through Twenty-Four and Twenty-Seven Through Thirty-Three the Indictment (Doc #35), filed 9/21/11 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:00 a.m.**  **COURT IN RECESS**

**Total in court time:**  **84 minutes**

**Hearing concluded**