IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00037-PAB

UNITED STATES OF AMERICA,

v.

JESSICA ANN CREECH,

## ORDER

This matter comes before the Court on the letter of defendant dated February 11, 2013 which the Court construes as a motion for reconsideration of the Order [Docket No. 49] denying defendant's Motion to Vacate, Set Aside, or Correct Sentencing Pursuant to 28 U.S.C. § 2255 [Docket No. 48].  The Court finds no basis to reconsider its Order.  Wherefore, it is

ORDERED that defendant's motion for reconsideration [Docket No. 51] is denied.

DATED December 13, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge